# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2012 JUN 21 PM 1:09

CLERK
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

DAYANA LIZBETH ROSAS-CANO,

                Defendant.

CASE NO. 12cr2027-AJB

## JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__x__ of the offense(s) as charged in the Indictment/Information:

21 USC 920 and 960 - Importation of Methamphetamine (Felony)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 19, 2012

Bernard G. Skomal
U.S. Magistrate Judge